UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODI TAPPLY, et al.,

    Plaintiffs,

v.

WHIRLPOOL CORPORATION,

    Defendant.

_____/

Case No. 1:22-cv-758

HON. JANE M. BECKERING

## ORDER

Plaintiff Jodi Tapply initiated this case on August 19, 2022 with the filing of a Class Action Complaint (ECF No. 1). On October 24, 2022, Defendant filed a Motion to Dismiss the Complaint (ECF No. 9). On November 14, 2022, on leave granted, Plaintiffs[1] filed an Amended Class Action Complaint (ECF No. 13). Because the Amended Complaint supersedes the Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendant's pending motion is moot. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss the Complaint (ECF No. 9) is DISMISSED as moot.

Dated: November 16, 2022

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

---

[1] The Amended Class Action Complaint is filed on behalf of Plaintiffs Jodi Tapply, Jeannette Buschman, Michael Partipilo, Barbara Lester, and Vicki Meyerholz.