UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODI TAPPLY, et al.,

    Plaintiffs,

v.

WHIRLPOOL CORPORATION,

    Defendant.
_____/

Case No. 1:22-cv-758

HON. JANE M. BECKERING

# JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant and against Plaintiffs.

This case is closed.

Dated: June 23, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge